```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 05 B 49141
   FRANCISCO M RICO
   JANET R RICO                              CHAPTER 13

                                             JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-2582     SSN XXX-XX-4432

-------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 10/11/2005 and was confirmed 12/12/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  54.35%.

     The case was paid in full 11/20/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                           PAID         PAID
-------------------------------------------------------------------------------
JP MORGAN CHASE BANK NA    CURRENT MORTG   19499.00            .00      19499.00
CHASE BANK USA NA          SECURED           500.00          14.03        500.00
DELL FINANCIAL SERVICES    SECURED           200.00           5.61        200.00
GE MONEY BANK              SECURED           300.00           8.42        300.00
HARRIS NA                  SECURED          7135.08         261.15       7135.08
HARRIS NA                  UNSECURED       NOT FILED           .00            .00
JAMES B NUTTER & CO        CURRENT MORTG   52961.00            .00      52961.00
ALVARO A FIGUEROA DDS      UNSECURED          500.00           .00        271.76
AMERICAN EXPRESS BANK      UNSECURED OTH    2115.33            .00       1156.11
AMERICAN HONDA FINANCE C   UNSECURED       NOT FILED           .00            .00
LVNV FUNDING LLC           UNSECURED OTH    8393.41            .00       4586.42
ECAST SETTLEMENT CORP      UNSECURED OTH    6937.29            .00       3791.50
CAPITAL ONE                UNSECURED OTH    1519.75            .00        830.60
CAPITAL ONE                UNSECURED OTH     356.97            .00        194.11
CAPITAL ONE                UNSECURED OTH     308.03            .00        156.20
SMC % CARSON PIRIE SCOTT   UNSECURED OTH     717.01            .00        389.90
LVNV FUNDING LLC           UNSECURED OTH   18119.50            .00       9901.06
ECAST SETTLEMENT CORP      UNSECURED OTH     878.60            .00        480.19
CREDIT FIRST NA            UNSECURED OTH     671.18            .00        364.97
CITIBANK                   UNSECURED       NOT FILED           .00            .00
KOHL'S DEPARTMENT STORE    UNSECURED OTH    1820.62            .00        995.04
ROUNDUP FUNDING LLC        UNSECURED OTH     427.00            .00        232.19
RUSH DERMATOLOGY SERVICE   UNSECURED       NOT FILED           .00            .00
RUSH NORTH SHORE HOME HE   UNSECURED       NOT FILED           .00            .00
COMPUTER CREDIT            NOTICE ONLY     NOT FILED           .00            .00
NCO FINANCIAL SYSTEMS      NOTICE ONLY     NOT FILED           .00            .00
RUSH NORTH SHORE HOME HE   UNSECURED       NOT FILED           .00            .00
LVNV FUNDING LLC           UNSECURED OTH     790.82            .00        432.12
TRU GREEN CHEMLAWN         UNSECURED       NOT FILED           .00            .00
OMNI CREDIT SERVICES       NOTICE ONLY     NOT FILED           .00            .00
WELLS FARGO FINANCIAL IL   UNSECURED OTH     982.61            .00        537.04
WELLS FARGO FINANCIAL IL   UNSECURED OTH    1002.49            .00        547.90

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 49141 FRANCISCO M RICO & JANET R RICO
```

```
CHASE BANK USA NA         UNSECURED OTH   3916.51              .00         2140.23
RUSH CRANIOFACIAL CENTER  UNSECURED        138.60              .00           63.12
ECAST SETTLEMENT CORP     UNSECURED OTH    798.00              .00          436.14
CITI CARDS                UNSECURED     NOT FILED              .00              .00
RUSH NORTH SHORE HOME HE  UNSECURED     NOT FILED              .00              .00
COMPUTER CREDIT INC       NOTICE ONLY   NOT FILED              .00              .00
NCO FINANCIAL SYSTEMS     NOTICE ONLY   NOT FILED              .00              .00
PETER FRANCIS GERACI      DEBTOR ATTY    2,700.00                         2,700.00
TOM VAUGHN                TRUSTEE                                         7,356.80
DEBTOR REFUND             REFUND                                          4,367.31
```

Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE               122,815.00

PRIORITY                                             .00
SECURED                                        80,595.08
    INTEREST                                      289.21
UNSECURED                                      27,506.60
ADMINISTRATIVE                                  2,700.00
TRUSTEE COMPENSATION                            7,356.80
DEBTOR REFUND                                   4,367.31
                      ---------------      ---------------
TOTALS                 122,815.00              122,815.00

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                /s/ Tom Vaughn
    Dated: 02/24/09             _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE